IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MySpace, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Globe.com, Inc., a Delaware Corporation<br><br>Defendant. | CASE NO. CV 06-3391 RGK JCx<br><br>**CONSENT JUDGMENT AND STIPULATED PERMANENT INJUNCTION** |

ENTERED
CLERK, U.S. DISTRICT COURT
APR 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

(69)

LODGED

CONSENT JUDGMENT AND STIPULATED PERMANENT INJUNCTION

This Consent Judgment is made by and between plaintiff MySpace, Inc. ("MySpace") and defendant TheGlobe.com, Inc. ("Defendant" or "TheGlobe.com").

**WHEREAS,** MySpace commenced this action for an injunction and other relief against Defendant;

**WHEREAS,** on August 25, 2006, the Court entered a Stipulated Preliminary Injunction;

**WHEREAS,** on February 28, 2007 the Court entered an Order granting summary judgment for MySpace on TheGlobe.com's liability for violations of Sections 7704(a)(1), 7704(a)(5) and 7704(b)(1) of the CAN-SPAM Act, for violations of California Business & Professions Code Section 17529.5, and for breach of MySpace's Terms of Service contract; and

**WHEREAS,** the parties have entered into a Settlement Agreement and have agreed to entry of this Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Defendant and its corporate parents, subsidiaries and affiliate entities (including but not limited to Glochat, TGLO Phone, and Digital Voice Glo), and (while employed by or providing services to any of the aforesaid entities) all of their directors, officers, agents, servants, employees, representatives, and all other persons or entities acting at their direction (the "Enjoined Parties"), be and hereby are enjoined and restrained from knowingly:

(a) Accessing or using the MySpace.com website, MySpace internet messaging service and/or any other services offered by or through MySpace (the "MySpace Service") to directly or indirectly send or transmit any electronic communications, emails or instant messages to any MySpace user or MySpace account;

(b) Establishing or maintaining any profiles or accounts on the MySpace Service;

(c) Using the MySpace Service for a commercial purpose;

1      (d)    Referencing in any way MySpace in connection with any unsolicited commercial electronic communication, email or instant message;

    (e)    Using any automated scripts, bots, or other executable programs in connection with any MySpace Service account or the MySpace Service or providing such programs to third parties for use on the MySpace Service;

    (f)    Referencing MySpace in connection with any advertisements; and

    (g)    Encouraging, facilitating, enabling or inducing any person or entity to do any of the things prohibited by this stipulated permanent injunction.

Notwithstanding the foregoing, employees of the Enjoined Parties are not prohibited from using the MySpace Service for purely personal use provided they do not reference any products or services of the Enjoined Parties, including but not limited to the TGLO phone, in any communication or profile on the MySpace Service.

This Consent Judgment and Stipulated Permanent Injunction shall supersede the Stipulated Preliminary Injunction entered on August 25, 2006, and shall be binding on and inure to the benefit of the parties' successors and assigns, subsidiaries and parents. Except to the extent necessary to enforce this Consent Judgment, all claims alleged in this action are hereby dismissed with prejudice.

This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction and to determine any issues that may arise under it.

DATED: April 19, 2007    GREENBERG TRAURIG, LLP

By: _____
Ian C. Ballon
Wendy M. Mantell

Attorneys for Plaintiff
MySpace, Inc.

DATED: April 5, 2007         PFEIFFER THIGPEN & FITZGIBBON LLP

By: _____
Thomas N. FitzGibbon

Attorneys for Defendant
TheGlobe.com, Inc.

The foregoing Consent Judgment between MySpace and TheGlobe.com is hereby APPROVED and ENTERED this 25TH day of APRIL, 2007.

_____
Honorable R. Gary Klausner
United States District Judge

4

CONSENT JUDGMENT AND STIPULATED PERMANENT INJUNCTION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On April 19, 2007, I served the **CONSENT JUDGMENT AND STIPULATED PERMANENT INJUNCTION** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Andrew Baum, Esq.
DARBY & DARBY, P.C.
805 Third Avenue
New York, NY 10022-7513

Thomas N. Fitzgibbon, Esq.
PFEIFFER THIGPEN & FITZGIBBON LLP
233 Wilshire Blvd., Suite 220
Santa Monica, CA 90401

☒ **(BY FACSIMILE)**
On April 19, 2007, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission.

☒ **(BY MAIL)**
☐ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2007, at Santa Monica, California.

_Sharon Loving_
Sharon Loving